COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Galveston County Health District v. Erica Hanley

Appellate case number:   01-14-00166-CV

Trial court case number:  12-CV-2314

Trial court:                      56th District Court of Galveston County

Galveston County Health District has appealed from an interlocutory order of the trial court dated February 19, 2014. Appellant contends that this order denied its plea to the jurisdiction. However, the order does not state that it denies appellant's plea to the jurisdiction; rather it states that "Erica Hanley and Plaintiff's Response to Second Amended Plea to the Jurisdiction is DENIED."

"As a general rule, appellate courts may consider appeals from interlocutory orders only when such power is conferred expressly by statute." *Crosstex Energy Servs., L.P. v. Pro Plus, Inc.*, 430 S.W.3d 384, 387–88 (Tex. 2014); *see Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007). An interlocutory order that "grants or denies a plea to the jurisdiction by a governmental unit" is immediately appealable. TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (West Supp. 2013). We strictly construe this statutory provision which is "a narrow exception to the general rule that only final judgments are appealable." *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 355 (Tex. 2001).

We have reviewed the record, and it appears that there is no order that grants or denies a plea to the jurisdiction by a governmental unit. Therefore, Galveston County Health District is **ordered** to file a response demonstrating that this court has jurisdiction over this appeal. If it fails to do so, this appeal will be dismissed for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8);

TEX. R. APP. P. 42.3(a), 43.2(f); *Crosstex Energy Servs.*, 430 S.W.3d at 387–88. The **response** is **due Friday, August 22, 2014.**

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
☑ Acting individually ☐ Acting for the Court

Date: August 6, 2014